

# Fourth Court of Appeals
## San Antonio, Texas

September 23, 2020

No. 04-20-00363-CV

**IN RE PERMIAN HIGHWAY PIPELINE LLC**

Original Mandamus Proceeding[1]

**ORDER**

On July 20, 2020, relator filed a petition for writ of mandamus and a motion for temporary relief pending final resolution of the petition for writ of mandamus. The real party in interest filed a response to which relator replied. After considering the petition and the record, this court concludes relator did not show it is entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on September 23, 2020.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of September, 2020.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 15945, styled *Permian Highway Pipeline LLC v. Henry J. Limited Partnership and Central Texas Electric Cooperative, Inc.*, pending in the 216th Judicial District Court, Gillespie County, Texas. The Honorable Albert D. Pattillo, III signed the order at issue in this original proceeding.